# EXHIBIT 1

3/10/2025

Your Honor, and to whomever this pertains to:

My name is Mariah Fabiani, I am Jeff Fabiani's wife of just shy of 12 years. We have two beautiful children together who love their daddy very much.

I am writing this letter in support of Jeff's monitored release for two reasons:

1. I believe it would be in Jeff's best interest to receive any treatment or therapy options immediately. My biggest hope for him is that he receives the help he needs to overcome his mental health needs.
2. It is in my children's best interest to continue a relationship with Jeff. He has always been a wonderful, highly involved and loving father. I am in support of any supervised contact approved by the court between my children and their father. They are desperate to speak with him. I would be more than willing to supervise any/all contact. I also believe it is in Jeff's best interest to continue contact with positive relationships he has.

I believe both reasons would be best achieved by his monitored release. I do not believe he is a flight risk, he was born and raised in Tacoma. All his family and support system are in the greater Tacoma area.

Thank you for your consideration,

*Mariah Fabiani*
Mariah Fabiani

# EXHIBIT 2

Request for Bail on Behalf of Jeff Fabiani

A Compassionate Appeal

It is with profound respect and earnest sincerity that I submit this appeal on behalf of Jeff, requesting his release on bail. Jeff's unwavering ties to the community, his dedication to his family and friends, and his commitment to seeking help for his personal challenges, merit a compassionate consideration of his bail application. Jeff will be living with me, His Mother, at my home,

## Background and Community Ties

Jeff was born and raised in our community, a place that has shaped his values, principles, and character. His schooling took place within this very community, fostering relationships and a deep sense of belonging that persists to this day. Jeff's life is entwined with the fabric of our society, making him an integral part of it.

## Family and Social Connections

All of Jeff's friends and family reside here. His children need to talk with him and hope in the future to have visits with him. His bonds with them and other family members are strong and unwavering. These relationships provide him with a robust support network, ensuring that he is neither a flight risk nor someone who would abandon his responsibilities. He is deeply rooted here, with his loved ones ready to stand by him through thick and thin.

# Character and Responsibilities

Jeff is not only a good son but also a devoted husband and father. His commitment to his family is evident in his daily actions and his profound sense of responsibility towards them. It is this very sense of duty and care that prompts us to highlight his positive attributes.

## A Responsible Citizen

Jeff's character speaks volumes about his role in society. He has consistently demonstrated qualities of reliability, trustworthiness, and integrity. His actions have always reflected the values that our community upholds, making him a respected and valued member of society.

# Need for Counseling and Treatment

Jeff recognizes the need for professional help to address his personal challenges. He is willing and ready to undergo counseling and treatment to overcome these issues. His proactive approach towards seeking help is commendable and deserves support.

## Immediate Initiation of Treatment

If Jeff is released on bail, he can start his treatment immediately. This prompt initiation of care will greatly benefit him, helping him address his problems effectively. It will also ensure that he remains under professional supervision, receiving the necessary guidance and support.

# A Compassionate Consideration

We humbly request that Jeff's bail application be considered with compassion and understanding. His deep ties to the community, his commitment to his family, and his proactive approach towards seeking help, make him a deserving candidate for bail.

## Conclusion

In conclusion, we appeal for Jeff's release on bail, emphasizing his strong community ties, his responsibilities towards his family, and his willingness to seek professional help. Jeff's positive attributes and his commitment to addressing his personal challenges, merit a compassionate and favorable consideration of his bail application.

I thank you for your time and understanding in considering this appeal. Jeff's release will not only benefit him but also reinforce the values of support and rehabilitation that our community upholds.

Sincerely,

Joan Fabiani--Jeff's Mother