## Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JEFFERY FABIANI<br><br>Is there already a charging document filed for this defendant for this case in this district?<br><br>☒ Yes    ☐ No         If yes:  Complaint<br><br>If yes, please enter the cause number below:<br><br>　　CR Enter CR Cause Number here.    or    MJ25-5086 GJL<br><br>Has the Defendant had an initial appearance in this case in this district?   ☒ Yes    ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above.<br>☐ At the FDC under a different cause number: Enter different cause number here.<br>☐ In custody under this cause number in another District: Enter other District here.<br>☐ In custody (different cause number) in another District: Enter other info here.<br>☐ In local custody: Enter local jurisdiction here.<br>☐ In the community on supervision under cause number: Enter cause number here.<br>☐ At large.<br>☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release<br>☒ Continue Detention<br>☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).<br>☐ Summons to be issued for: Click or tap to enter a date.<br>　　☐ Defendant Address: Click or tap here to enter text.<br>☒ Letter to defense counsel for appearance on: 4/8/2025<br>　　☒ Defense Counsel name and address: DAWN L. FARINA, Puget Law Group (Tacoma), 938 Broadway Ave, Tacoma, WA 98402 |
| **Trial** | Estimated trial length (days): 3-5 |