

*U.S. Department of Justice*

*United States Attorney*
*Western District of Washington*

*1201 Pacific Avenue, Ste. 700*  *Tel:  (253) 428-3800*
*Tacoma, WA 98402*  *Fax: (253) 428-3836*
*www.usdoj.gov/usao/waw*

March 28, 2025

**VIA ECF**

DAWN L. FARINA
Attorney at Law

      Re:    *United States v. Jeffery Fabiani*
                No. CR25-5077 DGE, USDC, W.D. Washington

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | |
|---|---|
| Date: | Tuesday, April 8, 2025 |
| Time: | 1:30 p.m. |
| Before: | Theresa L. Fricke, United States Magistrate Judge |
| Place: | United States Courthouse, Room F<br>1717 Pacific Avenue, Tacoma, Washington 98402 |

    It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

    If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

                                         Very truly yours,

                                         TEAL LUTHY MILLER
                                         Acting United States Attorney

                                         *s/ Matthew P. Hampton*
                                         MATTHEW P. HAMPTON
                                         Assistant United States Attorney