THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                       Plaintiff,<br>vs.<br>JEFFREY FABIANI,<br>                       Defendant. | No. 3:25-cr-05077-DGE<br><br>(PROPOSED)<br>ORDER |

THIS MATTER comes before the court on Defendant Jeffrey Fabiani's Motion to Continue Trial. The court has considered the reasons for the motion and the file herein. The court finds the defense needs additional time to prepare for trial. The Court further finds:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider proper defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant a continuance would likely result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER
USA V FABIANI, 3:25-CR-05077-DGE
PAGE 1



(c) the time requested is a reasonable period to delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense and to consider possible defenses;

(d) the ends of justice will be best served by a continuance, and the ends of justice outweigh the interests of the public and the defendant in any speedier trial as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the time between the current and requested trial dates is necessary to provide counsel reasonable time to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS HEREBY ORDERED that the Defendant Jeffrey Fabiani's Motion to Continue the Trial is GRANTED. The Trial Date is continued to January 26, 2026. Pretrial motions shall be filed no later than October 31, 2025.

IT IS SO ORDERED.

Signed this _____ day of April, 2025.

_____
DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Dawn Farina
DAWN FARINA, WSBA #18333
Attorney for Defendant Jeffrey Fabiani

ORDER
USA V FABIANI, 3:25-CR-05077-DGE
PAGE 2



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013