The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY FABIANI,<br><br>Defendant. | NO. CR25-5077 DGE<br><br>JOINT MOTION TO SEAL DOCUMENTS AND FILE REDACTED VERSIONS<br><br>NOTE ON MOTION CALENDAR:<br><br>February 18, 2026 |

The parties jointly request an Order from this Court sealing certain pleadings filed in this case and directing them to file redacted versions of those pleadings to the docket. In support of this request, the parties state as follows:

1. The family representative of the defendant, Jeffrey Fabiani, contacted counsel for both parties seeking their assistance with the sealing of certain pleadings in this case.

2. The representative identified information contained in these pleadings, the continued public disclosure of which will adversely affect the privacy of members of Defendant's immediate family, including minors.

Joint Motion to Seal Documents
*United States v. Fabiani* / CR25-5077 DGE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  3. The government has prepared a redacted version of the criminal complaint filed at Dkt 1.  And the defense has prepared a redacted version of its response to the government's motion for detention filed at Dkt 11.  These redactions concern the information the family representative has asked not be a matter of public record.

4. The parties also request that Exhibit 1 to the defense response to the government's motion for detention filed at Dkt 11-1 (along with several other exhibits) be redacted in its entirety.  It is not possible to redact this exhibit for public filing since the entire document implicates the privacy concerns of the family representative.

//

//

//

Joint Motion to Seal Documents
*United States v. Fabiani* / CR25-5077 DGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties respectfully request an Order from this Court 1) sealing the documents filed at Dkt 1, 11, and 11-1 until further Order of the Court and 2) directing the parties to file redacted copies of these pleadings within 7 days of entry of that Order.

DATED this 18th day of February, 2026.

Respectfully submitted,

 s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0882
Email: matthew.hampton@usdoj.gov

*I hereby certify that the foregoing pleading contains 252 words, in compliance with the Local Criminal Rules.*

s/ Dawn Farina
DAWN FARINA
Attorney for Defendant

Joint Motion to Seal Documents
*United States v. Fabiani* / CR25-5077 DGE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970