The Honorable David G. Estudillo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR25-5077 DGE |
|---|---|
| Plaintiff | |
| v. | [Proposed] ORDER TO SEAL DOCUMENTS |
| JEFFREY FABIANI | |
| Defendant. | |

Having considered the parties' joint motion and the pleadings referenced therein that are the subject of that motion, the Court finds good cause to grant that motion:

IT IS HEREBY ORDERED that the documents filed at Dkt 1, 11, and 11-1 be sealed and shall remain sealed until further Order of the Court.

//
//
//

Order to Seal - 1
*United States v. Fabiani* / CR25-5077 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the parties shall file redacted versions of the pleadings at Dkt 1, 11, and 11-1 within 7 days of the entry of this Order.

DATED this _____ day of _____, 2026.

_____
DAVID G. ESTUDILLO
Chief United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*s/ Dawn Farina*
DAWN FARINA
Attorney for Defendant

Order to Seal - 2
*United States v. Fabiani* / CR25-5077 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970