The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JEFFREY FABIANI <br><br> Defendant. | NO. CR25-5077 DGE <br><br> ORDER TO SEAL DOCUMENTS |

Having considered the parties' joint motion and the pleadings referenced therein that are the subject of that motion, the Court finds good cause to grant that motion:

IT IS HEREBY ORDERED that the documents filed at Dkt 1, 11, and 11-1 be sealed and shall remain sealed until further Order of the Court.

//
//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the parties shall file redacted versions of the pleadings at Dkt 1, 11, and 11-1 immediately after receiving notice of entry of this Order.

DATED this 23rd day of February 2026.

_____
David G. Estudillo
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*s/ Dawn Farina*
DAWN FARINA
Attorney for Defendant

Order to Seal - 2
*United States v. Fabiani* / CR25-5077 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970