THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>JEFFREY FABIANI,<br>                Defendant. | No. 3:25-cr-05077-DGE<br><br>UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTION FILING DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 10, 2026 |

COMES NOW the Defendant, JEFFREY FABIANI, by and through his attorney, Dawn Farina and respectfully moves this court for an order continuing the pretrial motion filing deadline date from March 17, 2026 to March 24, 2026. The United States has agreed to this motion for continuance.

Mr. Fabiani is charged with Attempted Production of Child Pornography in violation of Title 18 U.S.C. § 2251(a) and 2251(e) and Possession of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2). Dkt. 17. He first appeared before a United States Magistrate Judge on March 12, 2025. Dkt. 14. Mr. Fabiani was arraigned on the charges on April 8, 2025 and trial in this matter is currently scheduled on June 15, 2026 with pretrial motions due to be filed no later than March 17, 2026. Dkts. 21, 29.

The parties have been diligently investigating and negotiating this case. Counsel for the United States have represented that they will be presenting defense with a final plea offer

UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTION FILING DEADLINE
3:25-CR-05077-DGE
PAGE - 1



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

no later than the end of this week.  Defense counsel will need to be review the Government's offer with Mr. Fabiani who is in custody at the Federal Detention Center, and he will need time to consider the Government's offer.  Defense counsel respectfully requests that the court grant a brief extension to the March 17, 2026 motion filing deadline to allow additional time for Mr. Fabiani to carefully consider his options and if necessary, for counsel to file pretrial motions.

RESPECTFULLY SUBMITTED this 10th day of March 2026, in Tacoma, WA.

By: /s/Dawn Farina
DAWN FARINA, WSBA #18333
Attorney for Defendant Jeffrey Fabiani
Puget Law Group
938 Broadway
Tacoma, WA  98402
Phone:  253-627-4696
dawn@pugetlawgroup.com

I certify that this pleading contains 245 words, in compliance with the Local Criminal Rules.

Agreed by:

*Approved by email 3/10/26*
_____
Matthew P. Hampton
Assistant U.S. Attorney

UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTION FILING DEADLINE
3:25-CR-05077-DGE
PAGE - 2

PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013