UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:25-cr-05077-DGE |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JEFFREY FABIANI, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the court on Defendant Jeffrey Fabiani's Unopposed Motion to Continue Pretrial Motion Filing Deadline. The court has considered the reasons for the motion and the records and files herein. The court finds good cause to grant the motion.

IT IS HEREBY ORDERED that pretrial motions shall be filed no later than March 24, 2026. All other deadlines and dates remain.

Signed this 10th day of March, 2026.

David G. Estudillo
United States District Judge

Presented by:

/s/Dawn Farina
DAWN FARINA, WSBA #18333
Attorney for Defendant Jeffrey Fabiani

ORDER
3:25-CR-05077-DGE
PAGE - 1

