——— FILED ——— LODGED
——— RECEIVED

Apr 13 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ———————————————— DEPUTY

Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY FABIANI,

Defendant.

NO. CR25-5077 DGE

SUPERSEDING INFORMATION

**(Felony)**

The United States charges that:

## **COUNT 1**

### **(Possession of Child Pornography)**

Beginning on a date unknown and continuing until in or about March 2025, in Pierce County, within the Western District of Washington, and elsewhere, JEFFREY FABIANI knowingly possessed material that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A) and (C) that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped

Superseding Information - 1
*United States v. Fabiani*/CR25-5077 DGE
USAO No. 2025R00284

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and transported in and affecting interstate and foreign commerce by any means, including by computer.

It is further alleged that any image of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, JEFFREY FABIANI shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used to commit or to facilitate commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1).

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or,

e.     has been commingled with other property which cannot be divided without difficulty,

//

//

//

Superseding Information - 2
*United States v. Fabiani*/CR25-5077 DGE
USAO No. 2025R00284

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED:   April 13, 2026

_s/ Sarah Y. Vogel_
SARAH Y. VOGEL
Criminal Chief
Assistant United States Attorney


_s/ Matthew P. Hampton for_
MARCI L. ELLSWORTH
Assistant United States Attorney


_s/ Matthew P. Hampton_
MATTHEW P. HAMPTON
Assistant United States Attorney

Superseding Information - 3
*United States v. Fabiani*/CR25-5077 DGE
USAO No. 2025R00284

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970