The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY FABIANI,

Defendant.

NO. CR25-5077 DGE

STATEMENT OF VICTIM REGARDING ACCEPTANCE OF PLEA AGREEMENT

The United States hereby submits a statement from the parents of one of the minor victims in the above-captioned case regarding the acceptance of the plea agreement, attached hereto as Exhibit 1.

DATED this 21st day of April, 2026.

Respectfully submitted,

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:    (206) 553-7970
Fax:              (206) 553-0882
E-mail:  matthew.hampton@usdoj.gov

STATEMENT OF VICTIM REGARDING PLEA ACCEPTANCE - 1
*United States v. Fabiani* / CR25-5077 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970