# Exhibit 1

**From:**       Orcutt, Tracy (USAWAW)
**To:**         Orcutt, Tracy (USAWAW)
**Subject:**    Parents of MV5 statement re: plea agreement
**Date:**       Tuesday, April 14, 2026 3:14:02 PM

-----Original Message-----
From: Parents of MV5
Sent: Monday, April 13, 2026 5:54 PM
To: Orcutt, Tracy (USAWAW)
Subject: [EXTERNAL] RE: Case?

Hello
Below is our statement for the plea hearing. If you need it signed, I can print and scan in a copy, whatever is needed. If there is something that needs correcting or suggestions, please let us know.

      We object to the plea agreement. We object to dropping the charge for production of child pornography and the reduced sentence time. As a family impacted by Jeff's crimes, we feel there should be no reduction to the 15-year minimum sentencing. His actions were deceptive and manipulative, violating the trust of those closest to him. What he has done cannot be undone or erased, imposing a permanent burden on the victims and their families. The impact of his crimes cannot be overstated, and the consequences should reflect the seriousness of the offenses.  Reducing accountability in a case involving harm to children raises serious concerns about the protection and safety for all children and families.

Parents of MV5