FILED   LODGED
RECEIVED
APR 24 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY   DEPUTY

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JEFFREY FABIANI, <br><br> Defendant. | NO. CR25-5077 DGE <br><br> WAIVER OF INDICTMENT |

I, Jeffrey Fabiani, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by

//

//

//

Waiver of Indictment - 1
*United States v. Jeffrey Fabiani, CR25-5077 DGE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Superseding Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

Dated this 24th day of April, 2026.

_____
JEFFREY FABIANI
Defendant

_____
DAWN L. FARINA
Attorney for Defendant

s/ Matthew P. Hampton
_____
MATTHEW P. HAMPTON
Assistant United States Attorney

Approved:

_____
Theresa L. Fricke
United States Magistrate Judge

Waiver of Indictment - 2
*United States v. Jeffrey Fabiani, CR25-5077 DGE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970