FILED RECEIVED LODGED

APR 24 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR25-5077 DGE |
| Plaintiff, | |
| v. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| JEFFREY FABIANI, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty to the charge contained in Count 1 of the Superseding Information in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

//

Consent To Rule 11 Plea - 1
*United States v. Jeffrey Fabiani, CR25-5077 DGE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge issues a report and recommendation recommending that my plea be accepted, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 24th day of April , 2026.

JEFFREY FABANI,
Defendant

DAWN L. FARINA
Attorney for Defendant

APPROVED:

s/ Matthew P. Hampton
MATTHEW P HAMPTON
Assistant United States Attorney

Consent To Rule 11 Plea - 2
*United States v. Jeffrey Fabiani, CR25-5077 DGE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970