The Honorable David Estudillo
Chief United States District Judge

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

JEFFREY FABIANI,

                              Defendant.

CASE NO. CR25-5077 DGE

**DEFENDANT'S SENTENCING
MEMORANDUM**

Defendant JEFFREY FABIANI pled guilty to one count of Possession of Child Pornography on April 24, 2026. Jeffrey Fabiani, by and through his attorney Dawn Farina of Puget Law Group, respectfully asks the Court to follow the agreed recommendation of the parties, and the recommendation of probation, and impose a total of 150 months in custody. While probation is recommending 20 years of supervised release, the Defense requests 15 years of supervised release.

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 1 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

## I.    FACTUAL BACKGROUND

Jeffrey Fabiani is forty-one (41) years old, and the father of two minor children, C.F. (11), and K.F. (8), who reside with their mother Mariah Fabiani. The Fabiani's were married in 2013 and divorced in 2026.

On June 15, 2026, a Parenting Plan was filed in Pierce County Superior Court Cause Number 26-3-00639-2, pertaining to the Fabiani's children. The Parenting Plan allows Mr. Fabiani to have "nonprofessional" supervised contact with his children while incarcerated. Upon his release, contact must occur under "professional" supervision with the professional receiving copies of the plea, evaluation, and treatment.

Despite their divorce, Ms. Fabiani regards her ex-husband as an excellent father who was heavily engaged with his children. In a letter to the Court, Ms. Fabiani stated in part, "Jeff was a devoted and loving father to our two children. He was consistently present, engaged, and actively involved in every aspect of parenting. He loved watching our son C play baseball and volunteered with his team whenever he could. He was incredibly proud of our daughter S and cherished watching her perform ballet. He read to the children every night, made special weekend breakfasts, and took every chance he got to jump on the trampoline or ride bikes with them….

C and S love their father deeply and miss him very much. They are grateful that they have been able to maintain contact with him through phone calls and supervised visitation while he has been incarcerated….

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 2 of 11



The current parenting plan, which allows supervised visitation and supervised phone calls while incarcerated and includes restrictions should he be released before the children reach adulthood provides appropriate safeguards….” (**Exhibit 1**)

Mr. Fabiani earned a degree in Information Technology from Central Washington University. He spent eighteen years working in this field and was promoted to Senior Network Administrator.

Mr. Fabiani has no prior criminal history.

Mr. Fabiani was raised in Tacoma, Washington, and while he had a good childhood, his father was an alcoholic and passed away at the age of 60 years old from complications of long-term alcohol abuse. Prior to his father’s death, Mr. Fabiani’s contact with his father was strained due to his father’s alcohol addiction.

During Covid, Mr. Fabiani’s alcohol consumption, marijuana use, and viewing pornography increased significantly. Mr. Fabiani intends to engage in psychosexual treatment and alcohol/drug treatment while incarcerated, if given the opportunity to do so.

Since Mr. Fabiani has been incarcerated in this matter, he has been prescribed mirtazapine, an antidepressant medication.

On March 7, 2025, Mr. Fabiani was arrested by law enforcement in this matter. Immediately upon his arrest, Mr. Fabiani admitted to his criminal acts. Mr. Fabiani has continually acknowledged responsibility for his crimes.

On March 14, 2025, the government filed a two-count Complaint charging Mr. Fabiani with attempted production of child pornography and possession of child pornography. On March 26, 2025, a two-count Indictment was filed charging Mr. Fabiani with the same offenses.

Defendant’s Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 3 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

On September 25, 2025, Mr. Fabiani underwent a polygraph examination with Mr. Mark Merod of South Sound Polygraph. Mr. Merod is a retired detective with the Pierce County Sheriff's Department who has previously investigated child sex crimes. (**Exhibit 2- CV**) When Mr. Fabiani was asked if he had ever had sexual contact with anyone under 16 since turning 18, he responded "No." When asked if he ever distributed or shared any of the nude photos he took of minors, he responded "No." In both instances, he was found not to be deceptive in his answers. (**Exhibit 3**)

On April 13, 2026, the government filed a one-count Superseding Information charging Mr. Fabiani with possession of child pornography, pursuant to a plea agreement entered into by the parties. The plea included an agreed sentence recommendation of 150 months imprisonment, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The agreement states that "If the sentencing Court rejects the agreement of the parties regarding the appropriate sentence, both Defendant and the United States reserve the right to withdraw from this Plea Agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and to proceed to trial."

On April 24, 2026, Mr. Fabiani pled guilty to the possession of child pornography charged in the Superseding Information. Sentencing is scheduled for August 20, 2026, at 10:30 AM, before this Court.

As of August 20, 2026, Mr. Fabiani will have spent approximately 531 days in-custody in this matter.

In the months following Mr. Fabiani's incarceration, he has reflected on his actions and the harm he has caused his family and the victims. In a letter written to the Court, Mr. Fabiani

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 4 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

stated in part, "I take full accountability… and acknowledge there are no excuses for my behavior. I apologize to the children portrayed in the images I viewed. I recognize the harm I have caused and how these children are survivors who have been traumatized and are re-traumatized each time their images are viewed. There are no words to describe how sorry I am for playing a role in and furthering their traumatization. I would like to apologize to all of the families affected by my actions. My heart is full of remorse for hurting so many people I love and who have been so kind to me over the years. My heart is full of shame and I crucify myself daily for my poor decisions…." (**Exhibit 4**)

Mr. Fabiani, acknowledging his lengthy prison sentence, has set goals for himself while incarcerated, "I will participate in the Sex Offender Treatment program as well as the Residential Drug Abuse Program. Both of these programs will allow me to learn from my behavior, heal my past and propel me forward with the skills needed to live a productive and healthy life…. I will self study IT material to stay up to date with growing technologies as well as study low voltage electricity as another IT path for work after release. The vocational studies I will enroll in are HVAC and Core Construction. Both of which I can become certified in, leading to quick employment opportunities." (**Exhibit 4**)

Upon his release from prison, Mr. Fabiani has established a five year plan for himself which includes employment, paying off his legal financial obligations with the court, complying with all court ordered conditions, attending and completing sex offender treatment and other recommended therapy, and reconnecting with his children (**Exhibit 4**)

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 5 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

Despite Mr. Fabiani's concerning criminal activity in this case, he has redeemable qualities that cannot be ignored. There is no question he was a loving and attentive father to his children, and a valuable member of our community.

Chris Johnson wrote in part, "I am writing this letter on behalf of Jeff Fabiani, whom I have had the privilege of knowing for 20 years.

In the time I have known Jeff, he has consistently demonstrated qualities of kindness, sincerity, and genuine care for the people around him. He brought people together, creating strong bonds and strengthening the sense of community…. These are not traits that can be faked over the course of a friendship, and I have seen them reflected in Jeff's character time and time again.

I believe Jeff is a person who is not only capable of change, but who genuinely wants to better himself. Knowing him as I do, I am confident that he would approach any court ordered treatment with seriousness and dedication. He has the work ethic and the heart to make the most of that opportunity, and I know that he would emerge from this process as a contributing and respected member of our community once again…. "(**Exhibit 5**)

Connie Ladenburg wrote in part, "I have been married to John Ladenburg for 56 years, a mother of five children, and 12 grandchildren…. I worked at Safe Streets as a Program Manager…. I served on Tacoma City Council for 8 years, the State Legislature for 2 years and the Pierce County Council for 8 Years….

I have known Jeff's mother, Joan, my best friend, since we met in kindergarten and have known Jeff since the day he was born. …His dedication and support and love of his family was evident by the time and attention that he gave them. He is also close to his mom, who is single,

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 6 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

often checking on her and helping her out when needed…. I believe that he has the strength and will [to] do what is necessary for him to become a healthy productive member of society." (**Exhibit 6**)

Carol Mathewson wrote in part, "I've known Jeff Fabiani since he was 3 years old…. I have corresponded with Jeff while he's in jail and know that he is remorseful…. The Jeff I know will welcome the treatment and do the work so that he can be a productive citizen…." (**Exhibit 7**)

And finally, Joan Fabiani, Jeffrey Fabiani's mother, wrote in part, "Your Honor, I am writing as the mother of Jeffrey Fabiani. I know the goodness in his heart, and I have seen his sincere remorse for the mistakes he has made. He deeply regrets his actions and wants the chance to enter treatment, turn his life around, and become the man I know he can be…. He lives his children deeply and needs to remain part of their lives as he continues treatment and works to rebuild his future. While he has made serious mistakes, I truly believe he is ready to take responsibility, get the help he needs, and move forwards in a better direction…." (**Exhibit 8**)

## II.        STATUTORY PENALTIES

The offense of Possession of Child Pornography, as charged in Count 1 of the Superseding Information in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), carries a maximum term of imprisonment of up to twenty (20) years, a fine of up to $250,000, and a period of supervision following release from prison of not less than five years and up to life. There is also a mandatory special assessment of $100, a special assessment of $5,000 pursuant to 18 U.S.C., Section 3014 unless the Defendant is indigent, a child

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 7 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

pornography trafficking assessment pursuant to 18 USC, Section 2259A of no more than $17,000, and further restitution as determined by the Court.

### III.    THE SENTENCING GUIDELINES CALCULATION

Mr. Fabiani has no prior convictions or arrests. Given this history, the defense agrees with the Probation Officer's determination that the defendant is criminal history category I. PSR, Section 97. The base offense level is 38. The Sentencing Guidelines range is 235-240, because the maximum term of imprisonment is twenty (20) years.

### IV.  FACTORS RELATED TO SENTENCING RECOMMENDATION

The Court considers not only the advisory sentencing range calculated under the United States Sentencing Guidelines, but also the other factors set forth in Title 18, United States Code, Section 3553(1), including: (1) the nature and circumstances of the offense; (2) the history and characteristics of the defendant; (3) the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (4) the need for the sentence to afford adequate deterrence to criminal conduct; (5) the need for the sentence to protect the public from further crimes of the defendant; (6) the need to provide the defendant with educational and vocational training, medical care, or other correctional treatment in the most effective manner; (7) the kinds of sentences available; (8) the need to provide restitution to victims; and (9) the need to avoid unwarranted sentence disparity among defendants involved in similar conduct who have similar records.

### V.    THE DEFENDANT'S SENTENCING RECOMMENDATION

***Confinement Recommendation***

Jeffrey Fabiani respectfully submits that the parties agreed recommendation of 150

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 8 of 11



PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

months is appropriate. The probation officer is also recommending the 150 month sentence. This is an appropriate sentence both as a product of the Sentencing Guidelines and after consideration of the factors enumerated in 18 U.S.C., Section 3553(a). Mr. Fabiani also requests that he be given credit for approximately 531 days he has served in this case at the Federal Detention Center.

The 150 month sentence appropriately reflects the seriousness of the offense, while at the same time mitigated by Mr. Fabiani's personal history, including his increased use of alcohol and marijuana during this time period.

Jeffrey Fabiani was by all accounts a loving husband, father, son, and friend. He spent decades in the community as a law abiding citizen, successful in his career, and a caring and contributing member of the community. In approximately 2019, Mr. Fabiani took himself down a destructive and criminal path that has upended his life and his family's life. He will now be sentenced to more than a decade behind bars.

Despite the concerning behavior exhibited by Mr. Fabiani in this case, he acknowledged responsibility for his actions from the first day of his arrest. He has shown genuine remorse for how his actions have impacted the victims, and the desire to address the underlying issues which led him to commit these acts. He has given a lot of thought to what he wants to accomplish in prison, and his plan for when he gets released.

A guideline range sentence is greater than necessary to accomplish the purposes of sentencing. The 150 month sentence is significant and appropriate.

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 9 of 11


PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

### Prison Placement

Mr. Fabiani is requesting that he be placed at *FCI Seagoville in Texas*, where he will given the opportunity to complete treatment and participate in their vocational programs. This will also make it easier for his family to see him while he is incarcerated. The family has relatives in Dallas and they can stay with them while visiting Mr. Fabiani.

### Contact with Biological Children

Mr. Fabiani and his family requests that the Court include in the judgement and sentence that Mr. Fabiani is permitted to have contact with his minor children as long as he follows the Parenting Plan filed under Pierce County Superior Court Cause Number 26-3-00639-2, which requires supervised contact. Upon his release, contact must be supervised by a "professional," who is provided a copy of the plea, and Mr. Fabiani's evaluation and treatment.

### Supervised Release

Probation is recommending supervised release of twenty (20) years. The defense is requesting supervised release for fifteen (15) years. Mr. Fabiani has no objection to the Mandatory, Standard, and Special Conditions for supervised release as recommended by the probation officer. Mr. Fabiani has designed a plan for himself when he is in prison as described in his letter to the Court so that when he is eventually released, he will be successful in reentering our society and becoming once again a contributing and respected member of our community.

Those who have shown their support of Mr. Fabiani in letters to the Court believe strongly that he will "approach any court ordered treatment with seriousness and dedication."

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 10 of 11

PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013

(**Exhibit 5**) and that he does indeed have "the strength and will do what is necessary for him to become a healthy productive member of society." (**Exhibit 6**)

### *Legal Financial Obligations*

The defense agrees with probation's recommendation of a waiver of the fine due to Mr. Fabiani's incarceration, imposition of $100 special assessment, and waiver of the $5,000 JVTA, due to his indigency. While probation is recommending a $3000 child pornography trafficking assessment, the defense requests imposition of $1,000, due to the high restitution amount being requested in this matter. The defense is working with the Government on an agreed restitution order.

## VI.    CONCLUSION

For the foregoing reasons, Mr. Fabiani respectfully asks the Court to sentence him to 150 months in custody, followed by fifteen years of supervised release. Mr. Fabiani also asks that he be designated to serve his time at FCI Seagoville in Texas, so that his family can stay with relatives when they are able to visit him. Further, Mr. Fabiani requests that he be permitted to have supervised contact with his children as provided in the Parenting Plan filed on June 15, 2026, in Pierce County Superior Court Cause Number 26-3-00639-2.

RESPECTFULLY SUBMITTED this 4th day of August in Tacoma, WA.

By: /s/Dawn Farina
DAWN FARINA, WSBA #18333
Attorney for Defendant Jeffrey Fabiani
Puget Law Group
938 Broadway
Tacoma, WA  98402
Phone:  253-627-4696
dawn@pugetlawgroup.com

Defendant's Sentencing Memorandum
*United States v. Jeffrey Fabiani*
CR25-5077 DGE  Page 11 of 11


PUGET LAW GROUP
938 BROADWAY
TACOMA WA 98402
TEL 253 627 4696
FAX 253 617 1013