# EXHIBIT 1

Your honor,

My name is Mariah Fabiani. I am Jeffrey Fabiani's ex-wife. We were married at the time of Jeff's arrest, and we share two children together.

I would like to provide the Court with information about Jeff as the person I knew over many years and as the father of our children.

Jeff was deeply devoted to his career with Tacoma Public Schools, where he worked for nearly 20 years. He genuinely enjoyed his work and looked forward to going to work each day. Throughout his career, he earned several promotions and developed meaningful relationships with his coworkers. He took pride in mentoring others and was passionate about his work.

Family was an important part of Jeff's life. He maintained close relationships with his mother, Joan Fabiani, his brother and their family, as well as my parents and my brother. He also had many longtime friends that he enjoyed boating, bowling, and golfing with. These relationships were meaningful to him, and he valued the time he spent with those he cared about.

Most importantly, Jeff was a devoted and loving father to our two children. He was consistently present, engaged, and actively involved in every aspect of parenting. He loved watching our son C▮▮▮▮, play baseball and volunteered with his team whenever he could. He was incredibly proud of our daughter S▮▮▮▮ and cherished watching her perform in ballet. He read to the children every night, made special weekend breakfasts, and took every chance he got to jump on the trampoline or ride bikes with them.

C▮▮▮▮ and S▮▮▮▮ love their father deeply and miss him very much. They are grateful that they have been able to maintain contact with him through phone calls and supervised visitation while he has been incarcerated. I believe it should continue to be their choice whether they wish to maintain that relationship, and I will continue to support whatever decision they make as they grow older.

I believe that abruptly prohibiting all contact would be detrimental to our children's emotional wellbeing. I also believe that maintaining a healthy, supervised relationship with his children benefits Jeff's mental health by helping him remain connected to his family and giving him positive motivation. The current parenting plan, which allows supervised visitation and supervised phone calls while incarcerated and includes restrictions should he be released before the children reach adulthood,

provides appropriate safeguards. I respectfully ask the Court to allow those provisions to remain in place.

Until the day of his arrest, I considered Jeff to be an exceptional husband, my confidant and partner. He was my greatest supporter and worked hard to provide a happy life for our family. We genuinely enjoyed spending time together, whether we were camping, boating, golfing, watching sports, or simply relaxing at home. I continue to grieve the loss of the life I believed we were building together.

The crimes Jeff committed were horrific and have profoundly changed my life and the lives of our children and the families impacted. Nothing in this letter is intended to minimize the seriousness of his actions or the devastating harm they caused. Rather, I hope to provide the Court with a fuller picture of the person I knew throughout our marriage.

I believe Jeff needs intensive treatment, therapy, and rehabilitation. Looking back, I wish he had shared the struggles that no one around him knew existed and sought help before causing such immeasurable harm. From my conversations with him since his arrest, I believe he genuinely wants treatment and understands that he needs it. My greatest hope for him is that he receives the therapeutic intervention necessary to address the issues that led to these offenses so that he can become a healthier person.

Thank you for taking the time to consider my perspective.

Respectfully,

Mariah Fabiani

# EXHIBIT 2

# Mark W. Merod

## South Sound Polygraph LLC

**Owner/Nationally Certified Examiner**
**253.985.3494**
**southsoundpolygraph@gmail.com | southsoundpolygraph.com**

With over 17 years of experience as a nationally certified polygraph examiner, South Sound Polygraph LLC is the top choice for polygraph services in Western Washington.

I retired as a Detective Sergeant from the Pierce County Sheriff's Department in Tacoma, WA, in 2019 after dedicating more than 29 years to law enforcement. For the last 16 years of my career, I worked in the Criminal Investigation Bureau, specifically assigned to the Major Crimes Unit.

Since founding South Sound Polygraph in 2018, I have conducted polygraph tests for criminal defense and family law attorneys in the Seattle-Tacoma-Everett-Olympia Metro area. I conduct pre-employment and credibility assessment examinations for various public safety agencies throughout Western Washington and the State of Alaska.

I serve as a contract examiner for the Washington State Department of Corrections (DOC), DSHS - Special Commitment Center, U.S. Federal Probation, U.S. Public Defender for Western Washington, and Public Safety Testing.

With over thirty years of experience in criminal justice and sixteen years of investigating major crimes, I bring a unique perspective to the needs and requirements of law enforcement, attorneys, therapists, psychologists, and others involved in credibility assessments.

## Education

| | |
|---|---|
| **Pierce College** | Lakewood, WA |
| Criminal Justice | 1982-1984 |
| **Washington State Criminal Justice Training Commission** | Burien, WA |
| Basic Law Enforcement Academy | 1991 |
| **Backster School of Lie Detection** | San Diego, CA |
| American Polygraph Association Accredited School | 2008 |

## Employment/Experience

| | |
|---|---|
| **South Sound Polygraph LLC** | Tukwila, WA |
| Owner/Examiner | 2018-Present |

- Office located in Tukwila, Washington

| | |
|---|---|
| **Pierce County Sheriff's Department** | Tacoma, WA |
| Deputy/Detective/Detective Sergeant – 20 years | 1999-2019 |

- Homicide Investigations - 5 years
- Arson Investigations - 5 years
- Sexual Assault Investigations - 2 years
- Juvenile Investigations – 3 years
- Background/Hiring/Recruiting – 1 year
- Patrol Deputy – 4 years

**Additional Duty Assignments:**
Polygraph Examiner – 11 years
Officer Involved Shooting Team Investigations – 12 years
Polygraph and Background Investigator (Contracted) for South Sound 911 – 9 years

**Mason County Sheriff's Office**
Deputy – 9 years

- K9 Handler
- Patrol Deputy

Shelton, WA
1993-1999
1990-1993

## Professional Affiliations/Memberships

**American Polygraph Association National**
**Polygraph Association**
**Northwest Polygraph Examiners Association**

## Professional Training

- **Backster School of Lie Detection (2008)**
- **Nationally Certified Examiner (2009)**
- **Certified Post-Conviction Sex Offender Examiner (2018)**
- **Reed School of Interviewing and Interrogation (1996)**
- **FBI School of Interviewing and Interrogation (2003)**
- **Cognitive Behavioral Interviewing (2004)**
- **Homicide Investigations (2006)**
- **Crime Scene Investigations (2003)**
- **Force Science Certified Investigator (2017)**
- **Multiple Seminars and Conferences through Northwest Polygraph Examiners Association, National Polygraph, and American Polygraph Association**

## Presentations

**Washington State Homicide Investigator's Conference**

**Federal Public Defender's Office – Western District of Washington – Seattle**

**National Association of Legal Secretaries – Pierce County**

**Pierce County Prosecuting Attorney's Office – Special Assault Unit Pierce**

**Pierce County Officer Involved Shooting Protocol Instructor**

**Pre-Employment Interviewing for Background Investigators**

**Interviewing and Interrogation for Criminal Investigators**

## Honors & Awards

**Medal of Merit**         Pierce County Sheriff's Department
**Deputy of the Year**     Mason County Sheriff's Office
**Lifesaving Medal**       Mason County Sheriff's Office

## Polygraph Certifications

**Nationally Certified Polygraph Examiner**
**Certified Post-Convicted Sex Offender Polygraph Examine**

# Mark W. Merod
## South Sound Polygraph LLC
**Owner/Nationally Certified Examiner**
**253.985.3494**
**southsoundpolygraph@gmail.com | southsoundpolygraph.com**

With over 17 years of experience as a nationally certified polygraph examiner, South Sound Polygraph LLC is the top choice for polygraph services in Western Washington.

I retired as a Detective Sergeant from the Pierce County Sheriff's Department in Tacoma, WA, in 2019 after dedicating more than 29 years to law enforcement. For the last 16 years of my career, I worked in the Criminal Investigation Bureau, specifically assigned to the Major Crimes Unit.

Since founding South Sound Polygraph in 2018, I have conducted polygraph tests for criminal defense and family law attorneys in the Seattle-Tacoma-Everett-Olympia Metro area. I conduct pre-employment and credibility assessment examinations for various public safety agencies throughout Western Washington and the State of Alaska.

I serve as a contract examiner for the Washington State Department of Corrections (DOC), DSHS - Special Commitment Center, U.S. Federal Probation, U.S. Public Defender for Western Washington, and Public Safety Testing.

With over thirty years of experience in criminal justice and sixteen years of investigating major crimes, I bring a unique perspective to the needs and requirements of law enforcement, attorneys, therapists, psychologists, and others involved in credibility assessments.

## Education

**Pierce College** — Lakewood, WA
Criminal Justice — 1982-1984

**Washington State Criminal Justice Training Commission** — Burien, WA
Basic Law Enforcement Academy — 1991

**Backster School of Lie Detection** — San Diego, CA
American Polygraph Association Accredited School — 2008

## Employment/Experience

**South Sound Polygraph LLC** — Tukwila, WA
**Owner/Examiner** — 2018-Present

- Office located in Tukwila, Washington

**Pierce County Sheriff's Department** — Tacoma, WA
**Deputy/Detective/Detective Sergeant – 20 years** — 1999-2019

- Homicide Investigations - 5 years
- Arson Investigations - 5 years
- Sexual Assault Investigations - 2 years
- Juvenile Investigations – 3 years
- Background/Hiring/Recruiting – 1 year
- Patrol Deputy – 4 years

**Additional Duty Assignments:**
Polygraph Examiner – 11 years
Officer Involved Shooting Team Investigations – 12 years
Polygraph and Background Investigator (Contracted) for South Sound 911 – 9 years

**Mason County Sheriff's Office**
**Deputy – 9 years**

|  | Shelton, WA |
|---|---|

- K9 Handler — 1993-1999
- Patrol Deputy — 1990-1993

## Professional Affiliations/Memberships

**American Polygraph Association National**
**Polygraph Association**
**Northwest Polygraph Examiners Association**

## Professional Training

- **Backster School of Lie Detection (2008)**
- **Nationally Certified Examiner (2009)**
- **Certified Post-Conviction Sex Offender Examiner (2018)**
- **Reed School of Interviewing and Interrogation (1996)**
- **FBI School of Interviewing and Interrogation (2003)**
- **Cognitive Behavioral Interviewing (2004)**
- **Homicide Investigations (2006)**
- **Crime Scene Investigations (2003)**
- **Force Science Certified Investigator (2017)**
- **Multiple Seminars and Conferences through Northwest Polygraph Examiners Association, National Polygraph, and American Polygraph Association**

## Presentations

**Washington State Homicide Investigator's Conference**

**Federal Public Defender's Office – Western District of Washington – Seattle**

**National Association of Legal Secretaries – Pierce County**

**Pierce County Prosecuting Attorney's Office – Special Assault Unit Pierce**

**Pierce County Officer Involved Shooting Protocol Instructor**

**Pre-Employment Interviewing for Background Investigators**

**Interviewing and Interrogation for Criminal Investigators**

## Honors & Awards

| | |
|---|---|
| **Medal of Merit** | Pierce County Sheriff's Department |
| **Deputy of the Year** | Mason County Sheriff's Office |
| **Lifesaving Medal** | Mason County Sheriff's Office |

## Polygraph Certifications

**Nationally Certified Polygraph Examiner**
**Certified Post-Convicted Sex Offender Polygraph Examine**

# EXHIBIT 3

## Placeholder

## Polygraph filed under seal

# EXHIBIT 4

Honorable Judge Estudillo,

Thank you, your Honor, for allowing me the chance to give you a glimpse into who I am, the poor decisions I have made, the remorse I feel and the personal changes I am working on as I plan for the future. I know I have failed to live up to the standards I place upon myself and in the process have caused harm to many people. I have been using this time to take a long hard look at myself to determine what I need to do to return to the person of integrity I have held myself to. Through faith, education and rehabilitation I am devoted to use this time of incarceration to positively impact my life. As a result, I will heal and gain knowledge to be prepared for re-entry in order to become a contributing member of society again. I believe life is not what happens to you but how you respond to the adversity that defines you. I am choosing to respond to this moment as an opportunity to better myself; mentally, physically and spiritually.

First and foremost, I take full accountability for my transgressions and acknowledge there are no excuses for my behavior. I apologize to the children portrayed in the images I viewed. Through much reflection and self guided therapy, I reckognize the harm I have caused and how these children are survivors who have been traumatized and are re-traumatized each time their images are viewed. There are no words to describe how sorry I am for playing a role in and furthering their traumatization. I would also

like to apologize to all of the families affected by my actions. My heart is full of remorse for hurting so many people I love and who have been so kind to me over the years. My heart is full of shame and I crucify myself daily for my poor decisions. However, I do not put my pain and emotions above theirs. While I can't put myself into their shoes, I have spent the last year and a half being empathetic to understand all the pain and suffering my actions have caused. Not a day goes by that I don't think about them, worry about them and pray for them, that they may find peace and heal. My lapse in character, judgment and morals do not reflect who I am or who I want to be. I have always held myself to a certain set of values and I have failed myself and them by falling painfully short. No words can adequately express my sorrow for the hurt caused, the broken trust, or for leading many to question or to doubt my intentions and values as a human being. I am so sorry to my now ex-wife, Mariah. She has been my best friend and soul mate for the last fifteen years. I lack the words to describe my sorrow and regret for all of the hurt, embarrassment and instability I have caused her. I promised her the world and broke my vows to her. She simply does not deserve this pain. I am sorry to my kids for failing in my duty to always be there for them. At such a defining time in their lives, they deserve their father's presence and my heart breaks for how they are feeling inside. I am sorry to my mom. All my life she has been there for me with love

and support. This is the time in her life I should be there to support her, not the other way around. I am eternally sorry for letting her down. I sincerely hope and pray every person I have hurt can find healing from the damage my actions have caused. I know I need help to work through the issues I have and I look forward to those opportunities. I will do everything possible to heal and to learn to ensure I never repeat these poor decisions again. I strive to rebuild my character from the inside out to return to the person of integrity I know myself to be.

Your Honor, it is imperative you know more about me, the person. I was raised in Tacoma and graduated from Bellarmine Preperatory School. Four years later I graduated with a bachelors degree in Information Technology (IT) from Central Washington University. I spent the following eighteen years putting my degree to work, eventually becoming the lead Senior Network Administrator. During that time I married my best friend and we began raising a family together. We have two smart and joyful children, I thrive on being a present and active father. From coaching their teams, attending ballet recitals, teaching them to ride bikes or helping with homework, there is nothing more I enjoy than spending quality time with my kids. They are my pride and joy. It saddens me deeply to not be with them now. Missing every day of their growth, not reading to them at bedtime and not being at their side in a time of need breaks

my heart. I promised them early on I would always be there to protect them and be a positive influence in their lives. After losing my father to alcoholism and an early death, I intended to stick to that promise. I did not want to repeat the mistakes of my father. I wanted to give my kids everything I had plus everything I missed out on. The sadness, regret and remorse I feel for failing on that promise is a heavy burden. I have since made them a new promise that I will not let this situation defeat me and I will return a healthier person, ready to support and provide for them. This promise I will keep. They are my motivation to fight and climb out of this hole to return to the father and future grandfather I was made to be.

One breakthrough I have had through this situation, is realizing the lack of faith in God I have carried for too long. Being raised Catholic and attending church often as a youth, my life has been void of Christ ever since. For the last year and a half I have been consuming the Bible searching for spiritual guidance and peace. I have discovered I was placing my flesh as a priority before God. I was no longer walking in faith and allowed sin to take over. This is not an excuse for my actions, rather now I know this is my starting place; faith is my foundation. I have since repented, been re-baptized and will use my faith as a source of guidance as I rebuild a life of integrity I lost along the way.

I have a plan for myself, a set of guiding

principles, both while incarcerated and after release. They are; Faith, family, health and career. Faith; as mentioned before is my cornerstone, what I plan to build everything around. Family; my loved ones and my "why". My support system will help me immensely during this difficult time. I will never lose sight again of those who matter most to me and that love will drive me to better myself everyday. Health; I began exercising six days a week and the results have been eye opening. Not only am I stronger physically, my mental health has improved immensely. To further my mental health, I will participate in the Sex Offender Treatment program as well as the Residential Drug Abuse Program. Both of these programs will allow me to learn from my behavior, heal my past and propel me forward with the skills needed to live a productive and healthy life. Career; Spending the last eighteen years working in the Information Technology (IT) field has been challenging and rewarding. My intention is to find work in the IT field again and hopefully start my own business. During my time, I will self study IT material to stay up to date with growing technologies as well as study low voltage electricity as another IT path for work after release. The vocational studies I will enroll in are HVAC and Core Construction. Both of which I can become certified in, leading to quick employment opportunities. All of these programs, vocational and rehabilitation, are

available at Seagoville, Texas where I am asking to be designated.

After my release is when the real work begins. I will immediately find employment, preferably in the previously mentioned trades, in order to return to a productive and hardworking routine I am accustomed to. I will abide by all probation rules, paying off court fees and attending and completing Sex Offender Treatment and other therapy required. During the first and second year after release I will obtain IT certificates necessary to apply for relatable IT jobs. By year three I will have landed a job in IT, will have paid off court fines and will be able to contribute to my childrens college expenses. As years four and five arrive I will be well underway planning the structure of my own IT consulting business, a dream of mine for many years. Outside of my career I hope to have found a local church to be a part of to continue my spiritual journey. Most importantly, I will reconnect with my kids and begin to make up for lost time.

Thank you, Judge Estudillo, for taking the time to read and learn about me, the human being. I feel great remorse and shame for the pain I have caused so many people. While I regret my behaviors and choices and wish I could take them back, this is something I have learned from, will continue to learn from and use as experience to

draw from in the future. This is an opportunity for me to work on myself mentally, physically and spiritually so I can return to a healthy and accountable lifestyle. I know the road ahead is a long and difficult one but I will keep my ambitions high and will not allow my goals to become derailed. Through hard work, perseverance and faith, I will prove my poor decisions and punishment do not define me, but how I respond to it that will.

Sincerely,
Jeff Fabiani

# EXHIBIT 5

To Whom It May Concern,

My name is Chris Johnson. I am a teacher in the South Sound Washington area, where I have served my community through education for 14 years. I am writing this letter on behalf of Jeff Fabiani, whom I have had the privilege of knowing for 20 years.

In the time I have known Jeff, he has consistently demonstrated qualities of kindness, sincerity, and genuine care for the people around him. He brought people together, creating strong bonds and strengthening the sense of community. I'll never forget how he helped our family search for our lost labradoodle without even being asked to do so. These are not traits that can be faked over the course of a friendship, and I have seen them reflected in Jeff's character time and again.

I believe Jeff is a person who is not only capable of change, but who genuinely wants to better himself. Knowing him as I do, I am confident that he would approach any court ordered treatment with seriousness and dedication. He has the work ethic and the heart to make the most of that opportunity, and I know that he would emerge from this process as a contributing and respected member of our community once again.

I offer this letter without reservation and hope the Court will take it into consideration. Please feel free to contact me if you have any questions.

Respectfully,

Chris Johnson
Husband/Father/Teacher

# EXHIBIT 6

To whom it may concern,

I am writing this in support of Jeff Fabiani.

First, a little about myself. I have been married to John Ladenburg for 56 years, a mother of five children, and 12 grandchildren. I have served the community in numerous ways serving on PTA City Council, founder of Southend Neighbors for Family Safety, co-founder of Community in Schools of Tacoma and Pierce County Network for Youth. I worked at Safe Streets as a Program Manager for Youth Leading Change, a substance abuse prevention program for high school students.  I served on Tacoma City Council for 8 years, the State Legislature for 2 years and the Pierce County Council for 8 Years. In retirement, I am now the Chair of the Board for Metropolitan Development Council, an anti-poverty Community Action Agency. What brings me great joy is time spent with my family.

I have known Jeff's mother, Joan, my best friend, since we met in kindergarten and have known Jeff since the day he was born. I saw him grow from toddler swimming at their beach place to a pre-teen learning to golf, then to a teen learning to wake board. He got the competitive bug to become skilled at wakeboarding doing jumps and flips that were heart stopping to watch! I saw him graduate from college and get a job at Tacoma Public Schools. And I saw him get married and have two children. His dedication and support and love of his family was evident by the time and attention that he gave them. He is also close to his mom, who is single, often checking on her and helping her out when needed. I have always been impressed with Jeff and his determination to achieve his goals. He would just keep working until he got it done. I believe that he has the strength and will do what is necessary for him to become a healthy productive member of society.

Sincerely,

Connie Ladenburg

# EXHIBIT 7

My name is Carol Mathewson. I've known Jeff Fabiani since he was 3 years old. His mother, Joan, and I met when our older children were in kindergarten. Our families went on summer vacations and spent lots of time on weekends together.

I have corresponded with Jeff while he's in jail and know that he is remorseful. It is imperative that he gets the treatment he desperately needs. The Jeff I know will welcome the treatment and do the work so that he can be a productive citizen and get back with his family when he gets out.

# EXHIBIT 8

May 20, 2026

To: Judge David G Estudillo

Your Honor, I am writing as the mother of Jeffrey Fabiani. I know the goodness in his heart, and I have seen his sincere remorse for the mistakes he has made. He deeply regrets his actions and wants the chance to enter treatment, turn his life around, and become the man I know he can be. Jeffrey means a great deal to our family. He has always been active in his children's lives, volunteering with their sports and school activities and giving them enriching experiences that helped them grow. He loves his children deeply and needs to remain part of their lives as he continues treatment and works to rebuild his future. While he has made serious mistakes, I truly believe he is ready to take responsibility, get the help he needs, and move forward in a better direction. I respectfully ask the Court for mercy and to consider not only Jeffrey's mistakes, but also his remorse, his love for his children and family, and his genuine potential to heal, grow, and become a better man through treatment.

Respectfully submitted,

Joan Fabiani
(Mother of Jeffrey Fabiani)