# EXHIBIT 3

**South Sound Polygraph**
555 Andover Park West, Ste. 200, Tukwila, WA 98188 253.985.3494

**Client Information**

| | |
|---|---|
| **Name:** | **Fabiani, Jeffrey John** |
| **Date of Birth:** | **02/22/1985** |
| **Address:** | **1102 N Newton<br>Tacoma, WA 98406** |
| **Date of Exam:** | **09/25/2025** |
| **Outcome:** | **No Significant Reactions (Truthful)** |

As requested, I conducted a sexual history polygraph examination with Jeffrey FABIANI. The following is the sexual history disclosure summary and testing outcome report of the examination conducted on September 25, 2025, at the Federal Detention Center - SeaTac, Washington.

## Section 1: Purpose of Examination

The purpose of the examination was to verify **FABIANI's** truthfulness regarding the sexual history disclosures. In addition to his sexual history, the interview included whether he is concealing any incidents of sexual contact with any minor under the age of 16 or has distributed any nude photos he took of minors. The relevant questions and disclosures specifically exclude the documented victim per the American Polygraph Association Model Policy of 2018. Your client provided the following information:

## Section 2: Disclosure Interview

### Family History:

Fabiani is a 40-year-old married man. He married Mariah in 2013. They met at a bowling alley in Tacoma. After seeing her there, Fabiani got her number from a mutual friend and arranged a date. Fabiani and Mariah have two children, Carson (10/M) and Skyler (7/F).

He was born in Tacoma, WA, to Rick and Joan Fabiani. His parents divorced when Fabiani was 18 or 19. His mother lives in Gig Harbor, WA, and his father is deceased. He has one older brother who also lives in Gig Harbor, WA. His brother is married and has two children with his wife. There are two other children from his wife's previous marriage.

Fabiani graduated from Bellarmine Preparatory School in 2003. After graduation, Fabiani attended Central Washington University, where he earned a bachelor's degree in information technology and administrative management. Following CWU, he worked in the IT field for Tacoma Public Schools. He was employed there for 18 years until he was arrested on his current charges.

### Sexual History:

**Peer-aged sexual activity:**
Fabiani reported that his first sexual encounter happened when he was 16, involving sexual intercourse with his girlfriend in high school, Samantha.

**Victimization as a child:**
Denied

**Sexual contact with anyone under 16 years old when you were 18 or older:**
Denied

**Sexual contact with relatives or family members:**
Denied

**Opportunistic sexual contact with sleeping or helpless people:**
Denied

**Sexual contact with anyone three years or younger than you while you were under 18 years old:**
Denied

**Sexual contact with anyone under age 18 with whom you held any trust (i.e., Babysitter, coach, teacher, etc.):**
Denied

**Persuasive Non-Violent Sexual Contacts:**
Denied

**Frottage or Opportunistic Sexual Rubbing, Bumping, or Touching Against Strangers or Unsuspecting People:**
Denied

**Public Masturbation:**
Denied

**Solicitation via Computer or Other Electronic Device:**
Denied

**Urophilia/Coprophilia:**
Denied

**Exhibitionism or Indecent Exposure:**
Denied

**Prostitution:**
Denied

**Use of Theft of Undergarments or Personal Property for Masturbation or Sexual Arousal:**
Denied

**Stalking Behaviors:**
Denied

**Sexual Contact with Animals:**
Denied

**Institutional Sexual Contact:**
Denied

**History of Sexually Obscene Phone Calls, Letters, or Notes:**
Denied

**Arson or Fire Setting Behaviors:**
Denied

**Sexual Contact with Dead Bodies (Human or Animal):**
Denied.

**Fetishes:**
Denied

**Bondage activities for sexual arousal:**
Denied

**Sadistic sexual contacts/experiences:**
Denied

**Crossdressing:**
Denied

**Domestic Violence:**
Denied

**Alcohol:**
Fabiani was 17 when he first drank alcohol. Fabiani reported that he had been drinking a couple of days a week. His preferred drink is whiskey.

## Section 3: In-Test Phase

A Lafayette computerized polygraph system, model LX6, was used to collect polygraph tests (test data). This instrument continuously records autonomic responses associated with respiration, electrodermal activity, and cardiovascular functioning. The instrument also includes sensors to record peripheral behavior, activity, and cooperation during the examination. The polygraph examination was conducted utilizing the Directed Lie Screening Test.

Prior to commencing the In-Test Phase, I discussed keywords and terminology to ensure mutual understanding of the meaning, definition, and intent of specific questions and to avoid rationalization during the test.

**RELEVANT QUESTIONS:**

The following relevant questions were asked during this phase, and each was answered "No."

R1 Have you had sexual contact with anyone under 16 since turning 18?
Answer: No
No Significant Reactions

R2 Have you ever distributed or shared any of the nude photos you took of minors?
Answer: No
No Significant Reactions

## Section 4: Result

A global analysis of physiological data revealed sufficient interpretability to enable a standardized numerical analysis of the test results. Analysis was performed using the following techniques:

**Technique**
ESS-M

## Section 5: Post Test Phase

Please call with any questions or concerns.

*Mark Merod*

**Mark Merod,** Nationally Certified Polygraph Examiner
**Southsoundpolygraph.com**