The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY FABIANI,<br>Defendant. | NO. CR25-5077 DGE<br><br>GOVERNMENT'S NOTICE OF INTENT TO REQUEST REDACTION OF SENTENCING TRANSCRIPT |

The United States of America hereby submits this notice of intent to request redaction of the transcript of the sentencing hearing for the above-captioned matter.

On September 22, 2026, the Court entered notice of filing of official transcripts for the sentencing hearing in the above-captioned matter held on August 20, 2026. Dkt 69. Pursuant to the procedures laid out in Amended General Order No. 15-15, the United States hereby provides notice of its intent to request redactions of the official trial transcripts within the seven-day window available for parties to file such notice. The Government has obtained the official transcript of the hearing and will file a Motion to Request Redaction of Trial Transcripts upon review of the transcripts.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 25th day of September, 2026.

Respectfully submitted,

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0882
Email: matthew.hampton@usdoj.gov