The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY FABIANI,<br>Defendant. | NO. CR25-5077 DGE<br><br>STIPULATION REGARDING RESTITUTION |

The parties hereby notify the Court that the defendant and the victims seeking restitution in this matter have reached an agreement regarding the amount to be paid each victim. Under this agreement, the victims will agree to a total restitution award of $60,000.00, and the defendant will ensure that this amount is paid in full within 45 days of entry of the amended judgement fixing this restitution award.

Government counsel conferred with the victims and confirmed their agreement with the portion of this total restitution amount to be awarded each victim, which will be reflected in the amended judgment.

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

The government will work with U.S. Probation to prepare an amended judgement for the Court's review and approval.

Dated this 13th day of October, 2026.

Respectfully submitted,

s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-6677
Fax: (206) 553-0882
E-mail: Matthew.Hampton@usdoj.gov

*s/ Dawn Farina*
DAWN FARINA
Attorney for the Defendant