**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY FABIANI,

Defendant.

NO. 3:25-CR-5077-1

SATISFACTION OF SPECIAL ASSESSMENT AND FINE AND/OR RESTITUTION

The defendant has paid in full the special assessment and any fine and/or restitution in this case. Accordingly, the Clerk of the United States District Court for the Western District of Washington may satisfy the condition in the sentence ordering payment of the special assessment and any fine and/or restitution.

DATED this 2nd day of November 2026.

Respectfully submitted,

s/ Kyle A. Forsyth

KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-2422
E-mail: kyle.forsyth@usdoj.gov