The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY FABIANI,<br>Defendant. | NO. CR25-5077-DGE<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property seized from Defendant in or about March 2025 (the "Subject Property"), which has already been forfeited by Defendant Jeffrey Fabiani:

a. 1B2 – Seagate HD, S/N: Z6EH9QQY removed from Dell Optiplex 3020;

b. 1B4_1 – HP Hard Drive;

c. 1B4_2 - HP Hard Drive;

d. 1B4_3 - HP Hard Drive;

e. 1B4_4 - HP Hard Drive;

f. 1B4_5 - HP Hard Drive;

g. 1B4_7 - HP Hard Drive;

h. 1B4_8 - HP Hard Drive;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i. 1B4_9 - HP Hard Drive;

j. 1B4_10 - HP Hard Drive;

k. 1B4_11 - HP Hard Drive;

l. 1B4_12 - HP Hard Drive;

m. 1B4_13 - HP Hard Drive;

n. 1B5 – Seagate 500 GB HW, S/N: Z6ENVY8X, removed from Dell Optiplex;

o. 1B14 – HP Server Bank, S/N: USE138N7MM (Storage Blade);

p. 1B16 – Black Google Pixel Phone;

q. 1B21 – PNY 120 GB SATA III, S/N: PNY16162176160102E29;

r. 1B22 – PNY 120 GB SATA III, S/N: PNY16162176160102D1C;

s. 1B24 – Western Digital External HD, S/N: WXC2D71LRJXR; and

t. 1B25 – Custom Computer.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture concerning the Subject Property is appropriate because:

- On May 27, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it to the United States (Dkt. No. 49);
- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6) (Dkt. No. 50) and sent direct notice, by means reasonably calculated to reach them, to two individuals identified as potential claimants, as well as to any "Residents," at 1102 N Newton St, Tacoma, WA 98406-2138, from which the Subject Property was seized, as required by 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. Rule 32.2(b)(6) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-4, Exhibits A-C);

- Notice letters were successfully delivered to the potential claimants identified by the United States (*see id.*);
- The United States has used all available efforts to provide notice, by means reasonably calculated to reach them, to potential claimants to the Subject Property (*see id.* ¶¶ 2-4, Exhibits A-C); and
- The time for filing third-party petitions has expired, and no claims were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 13th day of November 2026.

David G. Estudillo
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov