The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY FABIANI,<br>Defendant. | NO. CR25-5077-DGE<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Assistant United States Attorney Krista K. Bush, who appeared for the limited purpose of litigating the forfeiture aspects of this case, hereby withdraws as attorney of record for the United States.

DATED this 17th day of November, 2026.

Respectfully submitted,

*s/Krista K. Bush*

KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov